# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

EQT PRODUCTION COMPANY AND EQUITRANS, L.P.,

          Respondents

          v.

RONALD K. TESKA AND GIULIA MANNARINO,

          Petitioners

:  No. 168 WAL 2016
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.